UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

OCT 05 2023

LAURA A. AUSTIN, CLERK
BY: /s/ _____
DEPUTY CLERK

| | |
|---|---|
| CAROLENG INVESTMENTS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTONE RESOURCES, INC.,<br><br>Defendant. | Index No. ~~1:2023mc00010~~<br><br>1:23MC10<br><br>**SUPPLEMENTAL**<br>**WRIT OF EXECUTION** |

**TO THE UNITED STATES MARSHAL:**

A judgment was entered by the United States District Court for the District of Delaware, Case No. 1:20-cv-01793 on June 7, 2021 (the "Judgment"), and subsequently registered in the United States District Court for the Western District of Virginia, Abingdon Division, the instant Case no. 1:2023mc00010, on July 24, 2023. The Judgment was issued in favor of Caroleng Investments Limited (the "Judgment Creditor") and against Bluestone Resources Inc. (the "Judgment Debtor") in the amount of the final award of $8,408,723.56, plus pre-award interest of $1,723,796.64, for a total amount of $10,132,520.20[1], plus interest at the simple rate of 9% per annum from May 13, 2020 until payment, together with the costs of this service, of which the entire amount currently remains unpaid. Counsel for the Judgment Creditor is:

> Steven L. Higgs, Esq. (VSB # 22720)
> Steven L. Higgs, P.C. (VSB # 90566)
> 9 Franklin Road, Southwest
> Roanoke, Virginia 24011-2403
> 540-400-7990
> higgs@higgslawfirm.com

---

[1] The Judgment also awards the Judgment Creditor additional, unliquidated amounts that are not being presently enforced.

Zachary E. Mazur, Esq.
Sarachek Law Firm
670 White Plains Road, Fl. PH
Scarsdale, New York 10583
Email: zachary@saracheklawfirm.com

THEREFORE, YOU ARE HEREBY COMMANDED to levy and/or execute on property and to turn over property, in a timely manner and no later than ninety days after the date of the issuance of this Writ of Execution, in which the defendant, BLUESTONE RESOURCES INC, has a substantial nonexempt interest, the property being:

2009 Bell Helicopter Textron Canada Model 427, Serial No. 56079 FAA: N375JC, located at Roanoke-Blacksburg Regional Airport, 5202 Aviation Dr NW, Roanoke, VA 24012 or elsewhere in this district, including all logs and records, all accessories, attachments, parts, repairs, additions, accessions, substitutions, exchanges relating to the helicopter.

YOU ARE ALSO COMMANDED to collect your costs and expenses and make return of this writ within ninety days after the date of issuance if levy is not made.

YOU ARE FURTHER COMMANDED to turn over the net proceeds of the levied property to the United States Clerk of Court. The payment should be mailed, with the case number on the check, to:

United States District Court Clerk
180 W. Main Street, Room 104
Abingdon, Virginia 24210

IT IS FURTHER AUTHORIZED, in the enforcement of this writ, for the United States Marshal and/or the Judgment Creditor enter a secured space, if necessary, by force, to seize the Judgment Debtor's property. The United States Marshal may levy and seize the property or, if impractical, may list and leave the property. The Judgment Creditor is hereby named as substitute custodian for the United States Marshals, maintaining sole and direct responsibility for any attached property.

2

I ASK FOR THIS:

/s/ Steven L. Higgs
Steven L. Higgs, Esq. (VSB # 22720)
Steven L. Higgs, P.C. (VSB # 90566)
9 Franklin Road, Southwest
Roanoke, Virginia  24011-2403
540-400-7990
higgs@higgslawfirm.com

SIGNED:                                          Laura A. Austin, Clerk
                                                 United States District Court
                                                 Western District of Virginia

                                                 By: _Felicia Clark_____
                                                     Deputy Clerk

3

## **RETURN OF SERVICE**

DATE RECEIVED: _____ TIME RECEIVED: _____

DATE OF LEVY:

_____

PROPERTY SEIZED PURSUANT TO LEVY:

_____
_____
_____
_____

FEES, COSTS, AND EXPENSES:

_____
_____  _____

The writ was received and executed

_____

U.S. MARSHAL                              (BY) DEPUTY U.S. MARSHAL