UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | |
|---|---|
| CAROLENG INVESTMENTS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>BLUESTONE RESOURCES, INC.,<br><br>Defendant. | Index No. 1:2023mc00010<br><br>**AFFIDAVIT OF ZACHARY E. MAZUR, ESQ. IN OPPOSITION TO MOTION FOR STAY OF SUPPLEMENTAL <u>WRIT OF EXECUTION</u>** |

STATE OF NEW YORK          )
                                             )   ss:
COUNTY OF WESTCHESTER  )

I, Zachary E. Mazur, Esq., under oath and under penalty of perjury declare as follows:

1. I am an attorney duly licensed to practice law in the State of New York. On October 3, 2023, this Court granted my Motion for Admission of Foreign Attorney *Pro Hac Vice* [Dkt. no. 9].

2. I am an attorney with Sarachek Law Firm, which represents the petitioner and judgment creditor Caroleng Investments Limited ("Petitioner" or Judgment Creditor" or "Caroleng").

3. I make this Affidavit in opposition to the respondent and judgment debtor Bluestone Resources Inc.'s ("Bluestone") Motion for Stay of Supplemental Writ of Execution (the "Motion", Dkt. 13).

4. Enclosed as **Exhibit 1** is a true copy of the title search that I ordered and received from Aero Space Reports, a title search company based in Oklahoma City, on the

aircraft better described as a 2009 Bell Helicopter Textron Canada Model 427, Serial No. 56079 FAA: N375JC (the "Helicopter").

5. Enclosed as **Exhibit 2** is a true copy of the security agreement that was filed with the Federal Aviation Administration in connection with the Helicopter, which I received from the title company by email.

6. I am unaware of any stay of execution that would prevent Petitioner from seeking to enforce its judgment against Bluestone.

7. I am unaware of any *supersedeas* bond or other security that would guarantee Bluestone's performance on Petitioner's judgment.

8. On October 5, 2023 I was able to track the location of the Helicopter through the website www.flightaware.com, which showed that the aircraft was taken to Burlington, North Carolina.  The following day, Bluestone filed its Motion.

/s/ Zachary E. Mazur
Zachary E. Mazur, Esq.

Sworn before me this
10th day of October, 2023

/s/ Joseph E. Sarachek
Notary Public, State of New York, No. 02SA6335555
Westchester County, Commission Expires January 19, 2024