Exhibit 1

Helicopter Title Search



# Aircraft Title Search

| Issued To: | |
|---|---|
| Attn: Zachary Mazur<br>Sarachek Law Firm<br>670 White Plains Road Fl PH<br>Scarsdale, NY 10706 | Account: 43368 |

Dated this 23rd day of August, 2023, as of 7:29 AM Central Time.

## 1. Aircraft:

FAA Registration: N375JC  
MFR: BELL HELICOPTER TEXTRON CANADA  
Serial Number: 56079  
Model: 427

Registered Owner:   Bluestone Resources, Inc.  
302 South Jefferson Street  
Roanoke, VA 24011

Date of Purchase: 12/16/20  
Type of Registration: CORPORATION

Previous Owner:   Flipper Aviation, LLC  
368 Channing Way  
Alameda, CA 94502

## 2. Liens or Encumbrances:

Type: Security Agreement  
Dated: 12/16/20   Recorded: 02/20/21   Amount: Not Shown   Conveyance: JW018574

Debtor:   Bluestone Resources, Inc.

Secured Party:   1st Source Bank  
P.O. Box 783, South Bend, IN 46624

This document includes two Pratt & Whitney Canada PW207D engines with serial numbers PCE-BF0190 and PCE-BF0191.

## 3. International Registry

This aircraft and/or engine is subject to the International Registry of Mobile Assets (IRMA). IRMA permits the registration of financial, ownership and other interests in aircraft, helicopters and aircraft engines (aircraft objects) by electronically registering international interests with the International Registry (IR) on a first to file basis. It provides for the protection of international interests that are recognized by the ratifying states, including the United States, and serves as a notification mechanism to the user community of the various and competing interests in aircraft objects. Since this aircraft object is subject to the recording criteria of IRMA, you may wish to request an IR Priority Search for this aircraft object. Further, registration with the IR is recommended by Aero-Space Reports to protect any interest acquired in the aircraft object. If the interest sought/acquired in the aircraft object is subject to IRMA and not registered with the IR, any interest obtained in the aircraft object may be subordinate, junior or otherwise inferior to an interest previously or subsequently registered with IR.

Aero-Space Reports, Inc.

*Jeff Snowden*
_____
JH / JH / AM

This report contains information acquired through examination of the records maintained by the FAA, including the indices of in-process documents. Because our examination is limited to records maintained by the FAA, this report does not cover any liens, claims, encumbrances or judgments that have not been filed with the FAA, or have not been indexed by the FAA under the description shown on this report.