# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **CAROLENG INVESTMENTS LIMITED,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**BLUESTONE RESOURCES, INC.,** )<br>)<br>Defendant. ) | Case No. 1:23MC00010<br><br>**ORDER**<br><br>JUDGE JAMES P. JONES |

Upon review of the pleadings, and in order to preserve the status quo, it is **ORDERED** that the Supplemental Writ if Execution issued by the Clerk on October 5, 2023, is STAYED pending resolution by this Court of the motions filed herein. The Clerk is directed to schedule a hearing on such motions as soon as convenient to the Court and the parties herein.

It is further **ORDERED** that the parties are hereby ENJOINED from further transferring any interest in the helicopter that is the subject of the Supplemental Writ of Execution or concealing its location, pending resolution of such motions by this Court.

ENTER: October 12, 2023

/s/ JAMES P. JONES
Senior United States District Judge