## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ABINGDON  DIVISION

**CAROLENG INVESTMENTS LIMITED,**  )
                                          )
              Plaintiff,               )       Case No. 1:23MC00010
                                            )
v.                                         )           **ORDER**
                                          )
**BLUESTONE RESOURCES, INC.,**        )       JUDGE JAMES P. JONES
                                            )
             Defendant.           )

It appearing proper, it is hereby **ORDERED** as follows:

1. The Consent Motion to Transfer Venue to Roanoke Division, ECF No. 21, is GRANTED;

2. The Clerk shall transfer this case to the Roanoke Division of this Court, assign to it a Roanoke Division number, and transfer the case to the docket of the District Judge of this Court next in order to receive a civil case in the Roanoke Division; and

3. The hearing scheduled for November 16, 2023, in Abingdon, is CANCELLED.

                                 ENTER:  November 9, 2023

                                 /s/  JAMES P. JONES
                                 Senior United States District Judge